IN THE MATTER OF THE TENURE HEARING OF
SALLY WILLIAMS.

March 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS HODGES.

March 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN HUMMEL.

March 11, 1975. Petition for certification denied. (See 132 *N. J. Super.* 412)

STATE OF NEW JERSEY v. GARY MC DEDE.

March 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. NICHOLAS VINCENT VIRGILIO.

March 11, 1975. Petition for certification denied.

CITY OF PHILADELPHIA, ETC., *ET AL.* AND JOHN P. FAZ-ZIO LANDFILL, INC., t/a JOHN P. FAZZIO LANDFILL CO., *ET AL.* v. STATE OF NEW JERSEY, *ET AL.*

October 7, 1974. Certification to Superior Court, Chancery Division is granted.